UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE ELIAS G. MONTALVO,

Case No. 3:26-cv-00216-MMD-CSD

**ORDER**

On March 26, 2026, pro se plaintiff Elias Montavlo, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted documents titled "Memorandum of Points and Authorities" and "Tips for Filing a Small Claims Action in Carson City." (ECF No. 1-1). Plaintiff did not file a complaint and neither paid the full $405 filing fee for this civil action nor applied to proceed *in forma pauperis*. (*See* ECF No. 1). Plaintiff must correct these defects if he wants to proceed with this federal action. Alternatively, if Plaintiff did not intend to file this federal action, then he must file a notice voluntarily dismissing it. The Court will give Plaintiff 30 days to address his defective filing.

I.      **DISCUSSION**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

This Court must collect reasonable fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. Effective December 8, 2025, NDOC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody."

Plaintiff states that he is trying to file a small claims lawsuit in state court but was instructed to file an application to proceed *in forma pauperis* with this Court to receive his inmate trust fund account statement for the previous six-month period. (ECF No. 1-1 at 1). If Plaintiff is confused about the prison's process for him to obtain the financial documents necessary for him to apply for *in forma pauperis* status in state court, then he must discuss those issues with the appropriate prison official. This Court cannot provide legal advice or give advisory opinions to litigants, including *pro se* and inmate plaintiffs. *See Plier v. Ford*, 542 U.S. 225, 231 (2004) (explaining that "[d]istrict judges have no obligation to act as counsel or paralegal to *pro se* litigants"). If Plaintiff is not attempting to bring a federal lawsuit, then he must file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. If Plaintiff is attempting to bring a federal lawsuit, then he must file a signed complaint on this Court's approved form and either pay the full $405 filing fee or file an application to proceed *in forma pauperis* on this Court's approved form.

## II.     CONCLUSION

It is therefore ordered that Plaintiff has **until May 11, 2026**, to accomplish the following two tasks:

1. File a signed complaint using this Court's approved form; and
2. Either pay the full $405 filing fee for this civil action or complete and file an Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody.

Alternatively, if Plaintiff did not intend to initiate this federal action, it is further ordered that Plaintiff has **until May 11, 2026**, to file a notice under FRCP 41(a)(1)(A)(i) voluntarily dismissing this action without prejudice.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can comply with LSR 2-1 and file a complaint.

The Clerk of the Court is directed to send Plaintiff Montalvo this Court's approved 42 U.S.C. § 1983 complaint form with instructions and the Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody with instructions.

DATED: April 9, 2026

_____
UNITED STATES MAGISTRATE JUDGE